# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JANEY PUCKETT WOLFE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 5:21-cv-00060-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2022 Order of Remand.

January 25, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court